## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Number:** |
| v. | ) | |
| | ) | **Count One:  18 U.S.C. § 1001(a)(2)** |
| **JOHN SOTO** | ) | **(Making a Materially False** |
| | ) | **Representation)** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### INFORMATION

The United States of America charges that

### Count One

On or about December 17, 2013, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, the defendant, JOHN SOTO, did knowingly and willfully make statements and representations that he knew to be materially false, in a matter within the jurisdiction of the executive branch of the United States government; that is, defendant SOTO misled the FBI as to his knowledge of a kidnapping threat against United States citizens, when, as defendant SOTO knew, he and co-defendant NYDIA PEREZ had designed and executed the kidnapping threat.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

JACK SMITH
Chief
Public Integrity Section

By:     _____

Justin D. Weitz
Trial Attorney
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412