**FILED**

**MAY 3 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 14-CR-108-1 (ABJ) |
| v. ) | |
| JOHN SOTO ) | Count One: 18 U.S.C. § 1001(a)(2) (Making a Materially False Representation) |
| Defendant. ) | |

### FACTUAL BASIS FOR PLEA

The United States of America, by and through its undersigned attorney within the United States Department of Justice, Criminal Division, Public Integrity Section, and the defendant, JOHN SOTO, personally and through his undersigned counsel, hereby stipulate to the following facts pursuant to U.S. Sentencing Guideline § 6A1.1 and Rule 32(c)(1) of the Federal Rules of Criminal Procedure:

1. In December 2013, defendant JOHN SOTO worked for a private contractor operating out of the United States Embassy, Bogota, Colombia. SOTO lived in Bogota, Colombia, with his wife, co-defendant Nydia PEREZ.

2. In December 2013, defendants SOTO and PEREZ designed and executed a hoax aimed at the United States Embassy in Bogota and agencies responsible for the security of embassy personnel and their families.

3. On December 14, 2013, SOTO and PEREZ caused an e-mail to be sent to the American Citizen Services section of the United States Embassy, which described a plan by unnamed individuals to kidnap SOTO's minor children, who are United States citizens. The e-mail included photos of the minor children engaged in various everyday activities in order to enhance the seriousness of the threat. In furtherance of the hoax, SOTO and PEREZ also mailed a package to the United States Embassy. The package contained a written description of the threat and additional photos of the children, in order to demonstrate the seriousness of the threat.



4. SOTO met with agents of the Federal Bureau of Investigation ("FBI") on December 17, 2013 to discuss the kidnapping threat. SOTO lied to the FBI as to his knowledge of the purported kidnapping plot, stating that he had no idea who could be planning a kidnapping plot against his family. SOTO falsely represented that he and PEREZ, as well as SOTO's minor children, were potential targets of the purported kidnapping plot, although he knew the kidnapping plot was in fact a hoax. During the December 17, 2013 meeting, SOTO did not inform the FBI that he knew there existed no actual threat to himself, PEREZ, or his children.

5. The investigation into the purported kidnapping plot was a matter within the jurisdiction of the executive branch of the United States government; that is, within the jurisdiction of the FBI.

6. Defendant SOTO knew that making a false statement or representation to the FBI was unlawful.

7. In doing so, defendant SOTO knowingly and willfully made statements and representations, in a matter within the jurisdiction of the executive branch of the United States government, which he knew to be materially false.

Dated: May 7, 2014


05/30/14

FOR THE DEFENDANT:

_____
JOHN SOTO
Defendant

_____
MICHELLE PETERSON, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Ave. NW
Washington D.C. 20004
Attorney for the Defendant

FOR THE UNITED STATES:

JACK SMITH
Chief
Public Integrity Section

By: _____
JUSTIN D. WEITZ
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC  20005
(202) 514-1412

05/30/14